UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MARY BILBREY, individually, and MARY BILBREY as parent and natural guardian of ANTHONY BILBREY, a minor<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO.: 3:09-cv-90 (CDL) |

## ORIGINAL COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

Come now, Mary Bilbrey, individually, and as parent and natural guardian of Anthony Bilbrey, a minor, and files this Original Complaint for Damages under the Federal Tort Claims Act against The United States of America and show this Honorable Court the following:

### I. JURISDICTION, VENUE AND CONDITIONS PRECEDENT

1.

Plaintiff, Mary Bilbrey is the mother of Anthony Bilbrey. Anthony Bilbrey is a minor and was born on December 22, 2006. Plaintiffs reside in Covington, Georgia 30014.

2.

The claims herein are brought against The United States of America pursuant to the Federal Tort Claims Act (28 U.S.C. § 2671, et. seq.) and 28 U.S.C. § 1346(b)(1), for money damages as compensation for personal injuries that were caused by the negligent and wrongful acts and omissions of employees of the United States Government while acting within the scope

of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiffs in accordance with the laws of the State of Georgia.

3.

Venue is proper pursuant to 28 USCS § 1402(b) and 28 U.S.C. § 1346 in that the accident occurred in the Middle District of Georgia, Walton County.

4.

Plaintiffs have fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

5.

This suit has been timely filed, in that Plaintiffs timely served notice of their claims on the United States Postal Service (USPS) in October, 2008. (See Ex. A and B). The USPS assumed responsibility for processing the Bilbreys' claims and acknowledged receipt of Ms. Bilbrey's notice of claim on October 5, 2008 (see Ex. C) and acknowledged receipt of Anthony Bilbrey's notice of claim on October 10, 2008. (See Ex. D). The claim was denied on June 3, 2009. (See Ex. E).

6.

The Defendant, The United States of America, may be served process in accordance with Rule 4(I) of the Federal Rules of Civil Procedure by serving a copy of the Summons and of the Complaint on Maxwell Wood, The United States District attorney for the Middle District of Georgia by certified mail, return receipt at the Macon Office – District Headquarters, Gateway Plaza, Fourth Floor, 300 Mulberrry Street, Macon, GA 31201 to the attention of the Civil

Process Clerk; and by serving a copy of the Summons and Complaint on Eric H. Holder, Jr. the Attorney General of The United States of America by certified mail, return receipt requested, at the Attorney General's Office, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, to the attention of the Civil Process Clerk.

## II. EVENTS FORMING THE BASIS OF THE CLAIMS

7.

This claim arises out of an automobile collision that was caused by a USPS mail delivery vehicle on December 22, 2006, that caused injuries to Ms. Mary Bilbrey and her son Anthony Bilbrey.

8.

Mary Bilbrey was a passenger in a 2000 Pontiac Firebird that was driven by Jason C. Murray traveling South on Georgia Highway 11 in Walton County, Georgia.  Ms. Bilbrey was nine months pregnant with Anthony at the time.

9.

At approximately 10:28 a.m. (E.S.T.) a USPS vehicle driven by USPS employee Randy Malcolm was delivering mail while traveling southbound on Georgia Highway 11.  Mr. Malcolm was situated on the right shoulder of the road in the proximity of a mail box when he negligently and unpredictably pulled out in front of Mr. Murray.

10.

Mr. Murray took immediate evasive action by turning to his left to avoid the collision with the USPS vehicle driven by Mr. Malcolm and lost control of his vehicle. Mr. Murray's Pontiac traveled off the road and struck an embankment and a wooden fence. A fence rail penetrated the windshield and struck Ms. Bilbrey's lower torso in the area near her uterus.

11.

As a result of this motor vehicle accident, Ms. Bilbrey and her son Anthony Bilbrey suffered serious and life threatening injuries.

12.

At all times relevant hereto, Mr. Malcolm was an employee of the defendant, The United States of America. Mr. Malcolm was a postal truck driver for the United States Postal Service and was acting within the course and scope of his employment. Under the laws of the State of Georgia an employer is vicariously liable for the actions of its employees.

13.

Mary Bilbrey and Anthony Bilbrey would be entitled to pursue claims under the laws of the State of Georgia for the damages caused by the negligent acts of Mr. Malcolm and his employer.

### III. PLAINTIFFS' CLAIM AGAINST THE UNITED STATES
### FOR THE NEGLIGENCE OF RANDY MALCOLM

14.

Plaintiffs incorporate by reference herein all allegations set forth above.

15.

The acts and events set forth above constitute negligence on the part of Randy Malcolm under the laws of the State of Georgia.

16.

Mr. Malcolm had a duty to drive safely, yield to traffic, and be mindful of the flow of traffic while operating the USPS vehicle.

17.

Mr. Malcolm breached his duty of care when he pulled the USPS vehicle in front of Mr. Murray.

18.

Mr. Malcolm's maneuver and breach of duty was the proximate and actual cause of the accident and the injuries to Ms. Bilbrey and Anthony Bilbrey.

19.

At all times material hereto, Mr. Malcolm was an employee of The United States, was under the direction and control of his employer, and was acting within the course and scope of his employment.

20.

Plaintiffs are entitled to recover from the Defendant for their injuries, including but not limited to physical injuries, past, present, and future pain and suffering, medical expenses, and economic loss.

## IV. PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs are entitled to damages from the United States of America, and they hereby pray that judgment be entered in their favor and against The United States government as follows:

1. For a judgment in favor of the Plaintiffs against The United States of America for Plaintiffs' pain and suffering, in such an amount as may be shown by the evidence and determined by the Court or trier of fact;

2. For an award of special damages for the necessary expenses resulting from the injuries, disabilities, and resulting costs against The United States in an amount to be shown at trial and determined by Court or trier of fact;

3. For a judgment in favor of the Plaintiffs for the value of Plaintiffs' loss of enjoyment and quality of life, in such an amount as may be shown by the evidence and determined by the Court or trier of fact;

4. For costs of court; and

5. That Plaintiffs are awarded such other and further relief as this Court shall deem just and proper.

Respectfully submitted this 21st day of July, 2009.

                                      s/Jeffrey R. Harris
                                    JEFFREY R. HARRIS
                                      Georgia Bar No. 330315
                                    jeff@hpllegal.com
                                    DARREN W. PENN
                                      Georgia Bar No. 571322
                                    darren@hpllegal.com

STEPHEN G. LOWRY
  Georgia Bar No. 460289
steve@hpllegal.com
JED D. MANTON
jed@hpllegal.com
  Georgia Bar No. 868587
Attorneys for Plaintiff
HARRIS PENN & LOWRY, LLP
405 E. Perry Street
Savannah, GA 31401
P: 912-651-9967
F: 912-651-1276

James E. Carter
Georgia Bar No.: 114400
jcarter@carterfirm.net
Miguel A. Cossio
Georgia Bar No.: 315411
mcossio@carterfirm.net
Attorneys for Plaintiff
JAMES E. CARTER & ASSOCIATES, LLC
P.O. Box 22129
Savannah, GA 31403
P: 912-236-7200
F: 912-236-4455

Salvatore J. Serio
Georgia Bar No.: 636050
Attorney for Plaintiff
LAW OFFICES OF SALVATORE J. SERIO
2055 Gees Mill Rd., Suite 315
Conyers, GA 30013
P: 770-483-0300
F: 770-234-5423