**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT COLUMBUS, GEORGIA**



### MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED)

| | |
|---|---|
| Date: 8/18/2010 | Type of Hearing: Mot to Compel; Mot for Sanctions |
| Judge: CLAY D. LAND | Court Reporter: Betsy Peterson |
| Courtroom Deputy: Pamela Sweeden | Interpreter: n/s |

**Case Number:**   3:09-CV-90- (CDL)

| | |
|---|---|
| Mary Bilbrey | Counsel: James E. Carter; Stephen G. Lowry; Laura Spires |
| vs. | |
| United States of America | Counsel: Bernard Snell; William Gifford |
| Agents/experts in attendance: | |

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*Court time for JS10/MJSTAR:*   1 hr. 5 mins.

2:00 PM    Court convened. The case was called and participants were recognized. Stephen Lowry, James Carter, and Laura Spires were present on behalf of Plaintiff and Bernard Snell and Bill Gifford were present on behalf of the Government.

The Court went over each item of the motion to compel, hearing from parties for both sides  The motion to compel was granted in part and denied in part. The motion for sanctions was denied.

The parties were advised the case would be put down for pretrial and possible trial during the Athens trial term. The Court questioned the parties with regard to the appropriateness of an advisory jury.

3:05 PM    Court adourned.