**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

```
MARY BILBREY, individually,        *
and DONNA SWILLEY, as the
Conservator for ANTHONY BILBREY,   *
a minor,
                                   *
     Plaintiffs,
                                   * Case Number 3:09-CV-90 (CDL)
vs.
                                   *
THE UNITED STATES OF AMERICA,
                                   *
     Defendant.
```

**J U D G M E N T**

Pursuant to this Court's Order dated November 18, 2010, following an advisory jury to answer special interrogatories regarding liability and a non-jury trial to determine damages, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiffs as follows:

1) in favor of Mary Bilbrey in the amount of $2,674,192.04;

2) in favor of Donna Swilley, as conservator for Anthony Bilbrey and for his sole benefit, in the amount of $8,884,174.62;

Interest shall accrue on these amounts pursuant to the provisions of 31 U.S.C. §1304.  Plaintiffs shall also recover costs of this action.

This 22nd day of November, 2010.

                                          Gregory J. Leonard, Clerk
                                          s/ Gail G. Sellers, Deputy Clerk

Approved by:
S/Clay D. Land
Clay D. Land
United States District Judge